IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BECKY F.,[1]<br><br>　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 5:22-CV-302-BQ<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

Of equal date herewith an Order of Remand having been entered, it is

**ORDERED** and **ADJUDGED** that the Commissioner's decision is **REVERSED**, and this case is **REMANDED** for further administrative proceedings consistent with the Order of Remand.

**SO ORDERED.**

Dated: March 25, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　D. GORDON BRYANT, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies Plaintiff only by first name and last initial.